UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MADISON ONE, LLC; MADISON AVENUE MONUMENTS, LLC; JBP INVESTMENTS, LLC; BRANDON PINNA; and JAMES PINNA, <br><br> Plaintiffs <br><br> v. <br><br> THE NETHERLANDS INSURANCE COMPANY, <br><br> Defendant | Cause No. 1:17-cv-2620 RLM-DML |

ORDER

Pursuant to the stipulation of dismissal [Doc. No. 62] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, with each party to bear its own attorney fees and costs.

SO ORDERED.

ENTERED: July 10, 2018

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Electronically distributed to all
registered counsel of record via ECF.